**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MICHAEL R. FANNING, as CHIEF EXECUTIVE OFFICER OF THE CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS,**

**and**

**BOARD OF TRUSTEES OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PIPE LINE EMPLOYERS HEALTH AND WELFARE FUND,**

**Case No. 1:16-cv-00841-CKK**

**Plaintiffs,**

**v.**

**BARCELONA EQUIPMENT, INC.,**

**Defendant.**

______________________________________________/

**STIPULATED MOTION FOR ENTRY OF CONFIDENTIALITY STIPULATION AND STIPULATED PROTECTIVE ORDER**

Plaintiffs Michael R. Fanning, as Chief Executive Officer of the Central Pension Fund of the International Union of Operating Engineers and Participating Employers, and the Board of Trustees of the International Union of Operating Engineers and Pipe Line Employers Health and Welfare Fund, and Defendant Barcelona Equipment, Inc. (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 7(b) and 26(c), hereby request that the Court enter the attached Confidentiality Stipulation and Stipulated Protective Order to govern the use by the parties of any and all documents produced during discovery in this litigation designated as confidential. [See Ex. A].

**LCvR 7(m) Certification**

Pursuant to LCvR 7(m), the undersigned counsel consulted with Plaintiffs' counsel regarding the relief sought in this motion and Plaintiffs' counsel agreed to stipulate to the entry of the attached Confidentiality Stipulation and Stipulated Protective Order.

Dated: November 8, 2016

/s/ Peter W. Zinober
Peter W. Zinober (DC 172650)
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard, Suite 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
zinoberp@gtlaw.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of Court and served on counsel using the CM/ECF system on the 8th day of November, 2016.

/s/ Peter W. Zinober
Peter W. Zinober